**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ACCUHEALTH TECHONOLOGIES, LLC *et al,* Plaintiffs, | § § § § § § | Misc. Action No.: 4:26-mc-01089 |
| VS. | § § § | |
| OSCAR GERARDO HUERTA PEREZ, *et al* Defendants. | § § § § | |

### PLAINTIFFS' RESPONSE TO ERIC R. SPROTT, ESQ.'S MOTION TO QUASH SUBPOENA [DOC. 1]

Pursuant to the Court's June 19, 2026 Order [Doc. 3], Plaintiffs respond to Eric R. Sprott, Esq.'s ("Mr. Sprott's") Motion to Quash Subpoena to Testify at Deposition, or in the Alternative for a Protective Order ("Motion") and in support thereof, states a follows:

1. On February 18, 2026, Plaintiffs filed an action in the United States District Court in the Middle District of Florida, Tampa Division against Defendant Oscar Gerardo Huerta Perez ("Huerta") and his associates ("Florida Lawsuit"). The Complaint filed in the Florida Lawsuit is attached hereto as **Exhibit "1."**

2. The Florida Lawsuit asserts claims arising from Huerta's extortion, threats, and false testimony that resulted in a default judgment against Plaintiffs who were never served with process in Mexico.

3. On February 19, 2026, Plaintiffs' counsel contacted Huerta's Texas counsel, Veronica De La Fuente, and requested whether she was authorized to accept service. The referenced correspondence is attached hereto as **Exhibit "2."**

4. After Ms. De La Fuente did not accept service on behalf of Huerta and diligent efforts to locate Huerta proved unsuccessful, on May 28, 2026, Plaintiffs filed a Motion for Alternative Service of Process on Foreign Defendants in the Florida Lawsuit and also served Mr. Sprott with a subpoena for a deposition in order to request Huerta's address on June 9, 2026. Plaintiffs' Motion for Alternative Service of Process on Foreign Defendants is attached hereto as **Exhibit "3."**[1]

5. Plaintiffs' counsel contacted Huerta's Texas counsel to request that they accept service for Huerta *or* at least provide a current address so that Plaintiffs could effectuate service on Huerta. Huerta's counsel did not respond and Plaintiffs' investigator could not locate Huerta.

6. After Mr. Sprott served Plaintiffs' counsel in the Florida Lawsuit with the Motion, on June 11, 2026, Plaintiffs' counsel advised that the only information sought from Mr. Sprott was Huerta's address to effectuate service of process. Mr. Sprott did not provide Mr. Huerta's address. The referenced correspondence is attached hereto as **Exhibit "4."**

7. After a hearing on June 25, 2026 in the Florida Lawsuit, the Court permitted alternative service on Huerta. The Order granting Plaintiffs' Motion for Alternative Service is attached hereto as **Exhibit "5."**

8. In light of the order permitting alternative service on Huerta, Mr. Sprott's deposition is no longer required; therefore, Plaintiffs withdraw the subpoena and deposition notice at issue in the Motion.

9.

---

[1] The Motion and Order contain a mistake, referencing that in addition to Veronica De La Fuente, Daniel Gurwitz and Bennett Hampilos represent Huerta. That is incorrect, as Mr. Gurwitz and Mr. Hampilos represent the opposing party to Huerta. Regardless, Plaintiffs in the Florida Lawsuit and their counsel recognize the error and will attempt service on Ms. De La Fuente and will not attempt to serve Huerta through either Mr. Gurwitz or Mr. Hampilos.

PRAYER

10. Accordingly, Plaintiffs respectfully request that this Honorable Court deny the Motion as moot, and for such other relief that Plaintiff is entitled.

Respectfully submitted,

ATLAS, HALL & RODRIGUEZ, LLP

By:  */s/ Daniel G. Gurwitz*
Daniel G. Gurwitz
Attorney in Charge for Plaintiff
State Bar No. 00787608
Federal ID 16895
dgurwitz@atlashall.com
P. O. Box 3725
McAllen, Texas 78502
(956) 682-5501
(956) 686-6109 Facsimile

OF COUNSEL:

Beatriz McConnell, Esq.
Florida Bar No. 42119
bmcconnell@olderlundylaw.com
OLDER LUNDY KOCH & MARTINO
111 2nd Ave NE., Ste. 1210
St. Petersburg, Florida 33701
Tel/Fax: (727) 213-1947
*"subject to application and admission pro hac vice, if necessary"*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document was sent by electronic service on June 29, 2026 to opposing counsel via the CM/ECF efile website.

*/s/ Daniel G. Gurwitz*
Daniel G. Gurwitz

3